384 A.2d 980

Bell, et ux., et al. v. Koppers Co., Inc., et al.,
Appellants, et al.

Argued November 16, 1977.

Patrick R. Riley, with him John David Rhodes, for appellants; Lloyd H. Shenefelt, III, with him William L. White, Jr., for appellee.

Order affirmed.

PRICE, J., dissents based on his dissenting opinions in *Burke v. Duquesne Light Co.*, 231 Pa.Superior Ct. 412, 332 A.2d 544 (1974) and *Hefferin v. Stempkowski*, 247 Pa.Superior Ct. 366, 372 A.2d 869 (1977).